UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| ERIC BACCEGA,<br><br>          Plaintiff,<br><br> - against -<br><br><br>MEDIANEWS GROUP, INC.<br><br>          Defendant. | Docket No. 1:19-cv-2737 |

## NOTICE OF SETTLEMENT

The parties have reached a settlement in principle. Plaintiff will file its notice of voluntary dismissal within 45-days.

                          /s/Richard Liebowitz
                          Richard Liebowitz

                          *Counsel for Plaintiff*