IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02737-RM-KLM

ERIC BACCEGA,

    Plaintiff,

v.

MEDIANEWS GROUP, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Notice of Settlement** [#13].

    IT IS HEREBY **ORDERED** that the parties shall file dismissal papers by **December 6, 2019**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set on December 2, 2019, at 10:30 a.m. is **VACATED**.

    Dated: October 22, 2019