UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| ERIC BACCEGA,<br><br>                              Plaintiff,<br><br>     - against -<br><br>MEDIANEWS GROUP, INC.<br><br>                              Defendant. | Docket No. 1:19-cv-2737<br><br>**NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))** |

      IT IS HEREBY NOTICED, that the above case has been settled and should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: November 21, 2019

*Attorneys for Plaintiff Eric Baccega*